UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>DAVID FIORI, JR. d/b/a INTEGRATED ELECTRONIC TECHNOLOGIES,<br><br>            Debtor. | CHAPTER 11<br><br>BANKRUPTCY NO. 09-10960 |
| PRECISION INTERFACE ELECTRONICS, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>INTEGRATED ELECTRONIC TECHNOLOGIES and DAVID FIORI, JR.,<br><br>            Defendants. | Adversary No. 10-00194-mdc |

## ORDER

AND NOW, it is hereby ORDERED that the Joint Pretrial Statement as well as all Motions *in Limine* are due on or before **May 16, 2011**; and that a mandatory pretrial/settlement conference will be scheduled for ~~May 31, 2011~~ June 1, 2011, at 11:00a.m. Bankruptcy Courtroom No. 5, Robert N.C., Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania..

                                                                                   MAGDELINE D. COLEMAN
                                                                                     UNITED STATES BANKRUPTCY
                                                                                     JUDGE

Dated: 5/10/11

Maxwell S. Kennerly, Esquire
The Beasley Firm, LLC
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107-4997

Robert M. Greenbaum, Esquire
Smith Giacometti, LLC
270 West Lancaster Avenue, Building I
Malvern, PA 19355

Kenneth D. Federman, Esquire
Melvin C. McDowell, Esquire
Rothberg & Federman, P.C.
3103 Hulmeville Road, Suite 200
Bensalem, PA 19020

Courtroom Deputy
Eileen Godfrey